UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES OF AMERICA, | Case No. 16-cr-00382-HSG-7
Plaintiff, |
| NOTICE OF APPEAL AND
v. | REQUEST FOR APPOINTMENT
| OF COUNSEL
MICHAEL VICOCHEA, |
Defendant. |
TO: OFFICE OF THE CLERK
United States District Court
Northern District of California
1301 Clay Street, Suite 400
Oakland, California 94612

RECEIVED

MAY 27 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PLEASE TAKE NOTICE that Defendant, Michael Vicochea, appearing pro se, hereby appeals to the United States Court of Appeals for the Ninth Circuit from this Court's written Order entered on May 11, 2026, denying Defendant's Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A) in the above-captioned case.

Defendant respectfully requests that the Clerk of Court process and file this Notice of Appeal and transmit the record to the United States Court of Appeals for the Ninth Circuit as required by law.

REQUEST FOR APPOINTMENT OF COUNSEL

Defendant, Michael Vicochea, respectfully requests appointment of counsel to assist in the prosecution of this appeal.

This request is made because Defendant is currently incarcerated and indigent, lacks the financial means to retain private counsel, and has limited access to legal materials, legal research, legal assistance, and resources necessary to adequately investigate, research, and brief the legal and factual issues involved in this appeal.

Defendant further submits that appointment of counsel is warranted in the interests of justice because this appeal involves substantial issues concerning the denial of compassionate release, including rehabilitation, post-sentencing conduct, extraordinary and compelling circumstances, the Court's consideration of Defendant's institutional history, and the application of sentencing factors under 18 U.S.C. § 3553(a).

Since being sentenced in August 2016 to 180 months (15 years) of imprisonment, Defendant has worked extensively toward rehabilitation and personal transformation. Defendant has maintained a consistent prison work history throughout incarceration and has received zero disciplinary incidents, zero incident reports, and no institutional misconduct in approximately ten years of incarceration.

Defendant has completed numerous educational, vocational, rehabilitative, and self-improvement programs, including courses involving addiction recovery, health education, business development, financial literacy, history, and personal growth. These include but are not limited to Surviving Addiction, Combating Disabling Disease, Business and Beyond, Financial Literacy, warehouse training, food additive coursework, and educational history programs including studies concerning ancient civilizations, exploration, and historical figures.

During the COVID-19 pandemic, Defendant worked in the institution's safety department while the prison was on lockdown. Defendant assisted with preventative institutional safety efforts, including sanitation procedures intended to reduce the spread of COVID-19, requiring the use of protective equipment and institutional safety measures while working in hazardous conditions.

Defendant worked in the safety department for approximately six years, where he distributed chemicals institution-wide, maintained safety records, checked fire extinguishers, participated in preventive safety measures, learned personal protective equipment ("PPE") and OSHA-related procedures, maintained inmate training logs, learned lockout/tagout procedures, and gained knowledge regarding hazardous and corrosive chemicals and institutional organization and accountability.

After transfer to a lower-security facility and participation in RDAP programming, Defendant continued institutional employment in the recreational department, assisting with organized inmate programming and structured recreational activities while maintaining responsibility and accountability.

Defendant has also received favorable staff support, including a reference letter from institutional staff describing Defendant's positive character, work ethic, rehabilitation, and commitment toward becoming a better man in preparation for release.

Defendant respectfully asserts that substantial evidence of rehabilitation and maturity exists and should receive meaningful consideration, including approximately ten years of exemplary conduct without disciplinary violations, employment throughout incarceration, rehabilitative programming, educational growth, and demonstrated responsibility.

Defendant further wishes to preserve for appeal concerns regarding factual assertions relied upon by the Court concerning alleged probationary status or probation violations at the time of arrest, which Defendant disputes and believes were unsupported by documentation.

Defendant additionally seeks review of arguments concerning sentencing disparities and evolving legal understandings related to methamphetamine purity distinctions and firearm enhancements under 18 U.S.C. § 924(c), including Defendant's position that relevant circumstances of the offense, post-sentencing rehabilitation, maturity, and present-day characteristics warrant fuller consideration.

Defendant also presented a release plan demonstrating community support and family stability. Upon release, Defendant intends to reside with his mother in Oakland, California, where Defendant seeks to assist in caregiving due to her health limitations and rebuild an important family relationship after years of separation. Defendant further maintains strong family support and seeks to become a productive, law-abiding citizen.

Defendant respectfully requests appointment of counsel so these issues may be properly investigated, researched, and presented before the Court of Appeals.

DATED: _____05-18-26_____

Respectfully submitted,

Michael Vicochea

Reg. No. _23658-111_

Institution: ___Milan MI.___

Address: _PO BOX 1000, 48160_

Defendant, Pro Se

CERTIFICATE OF SERVICE

I, Michael Vicochea, certify that on ____05-18-26_____, I placed a true and correct copy of the foregoing Notice of Appeal and Request for Appointment of Counsel in the institutional mailing system for service upon the United States Attorney's Office for the Northern District of California.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: _____

Michael Viccicca #23658-111
Federal Correctional institution
FCI milan
Milan MI.
0. box 1000. 48160

Office of the Clerk, U.S. District Court
Northen district of California
1301 Clay St, Suite 400S
Oakland, Ca 94612-5212



**RECEIVED**

MAY 27 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA