UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

VICOCHEA,

Defendant.

Case No. 16-cr-00382-HSG-7

**ORDER REGARDING RENEWED MOTION FOR REDUCTION OF SENTENCE**

Re: Dkt. No. 1447

On October 20, 2026, Defendant Michael Vicochea filed a renewed motion for reduction of sentence. *See* Dkt. No. 1447. The Court **DIRECTS** the government to respond to the motion by November 6, 2026. Once the response is received, the motion will be deemed submitted by the Court.

**IT IS SO ORDERED.**

Dated: 10/22/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California